NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID G. MAYESKE,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2011-3167

---

Petition for review of an arbitrator's decision by David P. Clark.

---

## ON MOTION

---

## ORDER

David G. Mayeske moves for an extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mayeske's initial brief (form enclosed) is due within 60 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

AUG 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David G. Mayeske (Informal Brief Form Enclosed)
    Courtney S. McNamara, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK